**EMILY A. DAVIS (DCB #90017602)**
emily.davis@usdoj.gov
T: (202) 305-0482
Trial Attorney
Natural Resources Section
Environment and Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
*Attorney for Defendant United States Department of the Air Force*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PENDLETON DIVISION

| | |
|---|---|
| **OREGON NATURAL DESERT ASS'N,** et al., | Case No. 2:24-cv-00145-HL |
| Plaintiffs, | |
| v. | **DEFENDANT'S MOTION FOR A STAY OF PROCEEDINGS IN LIGHT OF THE LAPSE OF APPROPRIATIONS** |
| **U.S. DEPARTMENT OF THE AIR FORCE,** | |
| Defendant. | |

## DEFENDANT'S MOTION FOR A STAY OF PROCEEDINGS IN LIGHT OF THE LAPSE OF APPROPRIATIONS

The Defendant United States Department of the Air Force hereby moves the Court for a stay of the proceedings, including the Defendant's requirement to search for records and complete the Administrative Record as required by this Court's September 26, 2025 Order (ECF No.40), in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice ("Department") expired, and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the United States Department of the Air Force. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and civilian employees of the United States Department of the Air Force are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. The Defendant therefore requests a stay of proceedings in the above-captioned matter, including the Department of the Air Force's requirement to search for records and complete the Administrative Record as required by this Court's September 26, 2025 Order (ECF No.40), until Congress has restored appropriations to the federal agencies.

4. If this Motion for a Stay is granted, undersigned counsel will notify the Court as soon as Congress appropriates funds for the federal agencies. The Defendant requests that, at that point, any future case deadlines are extended commensurate with the total number of days of the lapse in appropriations.

5. The undersigned counsel for the Defendant has attempted in good faith to confer with counsel for Plaintiffs regarding this Motion, but was unable to reach counsel via phone or email. Per Department guidance, undersigned counsel was asked to file this Motion as soon as possible after the lapse of funding.

Therefore, the United States hereby moves for a stay of the proceedings in the above-captioned matter, including the Defendant's search for and lodging of an administrative record, until Department of Justice attorneys and Department of Air Force employees are permitted to resume their usual functions.

Respectfully submitted this 1st day of October 1, 2025.

ADAM GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*s/ Emily A. Davis*
EMILY A. DAVIS
(DCB #90017602)
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611

emily.davis@usdoj.gov
T: (202) 305-0482

*Attorney for Defendant United States
Department of the Air Force*